
```
                                      FILED
                              IN CLERK'S OFFICE
                           U.S. DISTRICT COURT E.D.N.Y.
                            ★    MAR 30 2006    ★

                                 P.M. _____
                                 TIME A.M. _____
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MICHAEL AYERS,

        Plaintiff,

    - against -

THE CITY OF NEW YORK, JOHN DOES 1-6
(representing six unidentified individuals employed
by the New York City Police Department),

        Defendants.
----------------------------------------------------------X

**ORDER OF DISCONTINUANCE**

1:05-cv-05178-ENV-JMA

VITALIANO, D.J.

The Court having been advised that the parties entered a settlement on the record,

Therefore, it is ORDERED and ADJUDGED that this action is discontinued without cost and without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED

DATED:   Brooklyn, New York
            March 30, 2006

/s/ _____
ERIC N. VITALIANO
U.S.D.J.